**In re Joseph B. KEJHA.**

**No. 03–1413.**

United States Court of Appeals, Federal Circuit.

Jan. 7, 2004.

Before LOURIE, CLEVENGER, and SCHALL, Circuit Judges.

*JUDGMENT*

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

220

*AFFIRMED. See* Fed. Cir. R. 36.